Prob 12C

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION FOR WARRANT OR SUMMONS FOR
## OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Tony A. RINGOLD |
| **Docket Number:** | 2:05CR00229-01 |
| **Offender Address:** | Stockton, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 06/24/2002 |
| **Original Offense:** | 21 USC 841(a)(1) - Possess with Intent to Distribute Marijuana  (CLASS C FELONY) |
| **Original Sentence:** | 37 months prison;   3 years supervised release; $100 special assessment |
| **Special Conditions:** | Substance abuse counseling and testing; Mental health treatment;  Abstain from alcohol use |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 10/07/2004 |
| **Assistant U.S. Attorney:** | Michael Beckwith        **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Matthew Bockmon        **Telephone:** (916) 498-5700 |
| **Other Court Action:** | |
| <u>06/07/2005</u>: | Jurisdiction transferred from the District of Kansas to the Eastern District of California |

**RE:   Tony RINGOLD**
**Docket Number:  2:05CR00229-01**
**<u>PETITION FOR WARRANT OR SUMMONS</u>**
**<u>FOR OFFENDER UNDER SUPERVISION</u>**

<u>10/12/2005:</u>                         Conditions of supervised release modified in court to include a requirement for the releasee to serve a period of 5 months home detention with electronic monitoring. Conditions were modified after the releasee submitted 2 positive urine tests and failed to appear for urine testing on 2 occasions.

---

## PETITIONING THE COURT

**( X )**   To place this matter on calendar for a court hearing on April 12, 2006, at 9:00 a.m. The probation officer is to notify the defendant and his counsel of the court hearing.

The probation officer alleges the offender has violated the following condition(s) of supervision:

**<u>Charge Number</u>      <u>Nature of Violation</u>**

**Charge 1:               FAILURE TO ABSTAIN FROM ALCOHOLIC BEVERAGE USE**

On December 19, 2005, and December 22, 2005, the releasee submitted urine samples that returned positive for the presence of Ethanol, in violation of the special condition of supervised release to abstain from the use of alcoholic beverages.

**Charge 2:               USE OF A CONTROLLED SUBSTANCE**

On February 7, 2006, February 15, 2006, and February 27, 2006, the releasee submitted urine samples that returned positive for the presence of Cocaine Benzoylecgonine, in violation of the mandatory condition of supervised release to refrain from unlawful use of a controlled substance.

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

**RE:     Tony RINGOLD**
**Docket Number:  2:05CR00229-01**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

**Justification:**  The releasee is not considered to be a danger to the community or a flight risk at this time.  After relapsing and using illicit drugs, the releasee located and enrolled in a residential substance abuse program, where he continues to reside at this time. Therefore, it is respectfully recommended the Court set a hearing and direct the probation officer to contact the defendant and his counsel and advise them of the hearing.

**Bail/Detention:**  It is respectfully recommended that the releasee be allowed to remain at liberty while pending court hearings regarding the above alleged supervised release violations.  It does not appear the releasee is a person whose release is restricted pursuant to 18 USC 3143.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:      March 22, 2006
                          Elk Grove, California
                          RWE:RWE:kms

                                  Respectfully submitted,

**RICHARD W. ELKINS**
**United States Probation Officer**
Telephone:  (916) 683-3324

**REVIEWED BY**:      _____

**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

**RE:    Tony RINGOLD**
**Docket Number:  2:05CR00229-01**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**


(X)    To place this matter on calendar for a court hearing on April 12, 2006, at 9:00 a.m.
The probation officer is to notify the defendant and his counsel of the court hearing.


**Date**: March 22, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


cc:    United States Probation
Michael Beckwith, Assistant United States Attorney
Matthew Bockmon, Assistant Federal Defender's Office

Attachment:  Presentence Report

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

## STATEMENT OF EVIDENCE OF ALLEGED
## SUPERVISED RELEASE VIOLATIONS

Honorable William B. Shubb
United States District Judge
Sacramento, California

RE:   Tony A. RINGOLD
       Docket Number:   2:05CR00229-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:   FAILURE TO ABSTAIN FROM ALCOHOLIC BEVERAGE USE**

    **A.   Evidence:**

        (1)   Copies of Scientific Testing Laboratories, Inc. reports dated December 19, 2005, and December 22, 2005, which indicate that on those dates the releasee submitted urine samples that returned positive for Ethanol.

    **B.   Witnesses:**

        (1)   Testing staff from Turning Point of Central California, in Stockton, California, will testify that on the above dates, the releasee submitted urine samples that returned positive for Ethanol.

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

**Charge 2:**   **USE OF A CONTROLLED SUBSTANCE**

     **A.**   **Evidence:**

        (1)   Copies of Scientific Testing Laboratories, Inc. reports dated February 7, 2006, February 15, 2006, and February 27, 2006, which indicate that on those dates, the releasee submitted urine samples that returned positive for Cocaine Benzoylecgonine.

     **B.**   **Witnesses:**

        (1)   Testing staff from Turning Point of Central California, in Stockton, California, will testify that on the above dates, the releasee submitted urine samples that returned positive for Cocaine Benzoylecgonine.

Respectfully submitted,

/s/ Richard W. Elkins

**RICHARD W. ELKINS**
**United States Probation Officer**

**DATED:**   March 22, 2006
Elk Grove, California
RWE:RWE:kms

**REVIEWED BY**:____/s/ Deborah A. Spencer_____
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:**  Tony A. RINGOLD                **Docket Number:**  2:05CR00229-01

**Date of original offense:**  01/15/2002

**Original term of supervised release imposed:**  3 years

**Highest grade of violation alleged:**            Grade C

**Criminal History Category of offender:**         III

**Chapter 7 range of imprisonment:**   5 to 11 months

**Maximum term on revocation - 18 USC 3583(e)(3):**

 X      **Class C felony - 2 years**

**Violation requires mandatory revocation:  YES:** __  **NO:**  X

**Original offense committed after 09/13/94:**  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

March 22, 2006
RWE:RWE:kms

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG