# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA

v.

**TONY A. RINGOLD**

**JUDGMENT IN A CRIMINAL CASE**

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:05CR00229-01**

Matthew Bockmon, Assistant Federal Defender
_____
Defendant's Attorney

## THE DEFENDANT:

[✔]  admitted guilt to violation of charge(s) _1_ as alleged in the violation petition filed on __12-6-06__ .

[  ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on _____.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Use of a Controlled Substance | November 7, 2006 |

The court:  [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on _6-24-02_ .

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) _____ is/are dismissed, upon motion made by the Government.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

February 5, 2007
_____
Date of Imposition of Judgment

_____
Signature of Judicial Officer

**William B. Shubb, United States District Judge**
_____
Name & Title of Judicial Officer

February 12, 2007
_____
Date

CASE NUMBER:        2:05CR00229-01                                Judgment - Page 2  of  2
DEFENDANT:          TONY A.  RINGOLD

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of___6 months .

[[✔  ]     The court makes the following recommendations to the Bureau of Prisons:    The Court recommends that the defendant be housed at the facility in Lompoc, California.  Such recommendation is dependent upon defendant's security classification and space availability.

[✔  ]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _____ on_____.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____    to    _____

at _____ , with a certified copy of this judgment.


                                                        _____
                                                        UNITED STATES MARSHAL


                                               By     _____
                                                        Deputy U.S.  Marshal